IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  06-cv-02013-REB-MEH | Date:   January 25, 2007 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

JET TECHNOLOGY SOLUTIONS, LLC;                    Brice A. Tondre

      Plaintiff(s);

v.

JEFF STEINBERG and                                              No appearance
SYSTEM3;

      Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:**     **9:51 a.m.**

Court calls case.  Appearance of counsel.

Discussion regarding Plaintiff's Motion for Extension of Time to Serve Summons and Complaint Upon Defendants (Doc. #4, filed 1/22/07) and Plaintiff's Motion to Vacate and Reschedule Scheduling/Planning Conference (Doc. #5, filed 1/22/07).

Discussion regarding the status of service on Defendants.

**ORDERED:**     1.      Plaintiff's Motion for Extension of Time to Serve Summons and Complaint Upon Defendants (Doc. #4, filed 1/22/07) is GRANTED.  Plaintiff shall have to and including **March 16, 2007,** to serve the Summons and Complaint on Defendants.

                2.      Plaintiff's Motion to Vacate and Reschedule Scheduling/Planning Conference (Doc. #5, filed 1/22/07) is GRANTED.  The Scheduling/Planning Conference is VACATED and RESET to **April 24, 2007, at 9:30 a.m.**  <u>The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Planning Conference</u>.

Counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P. 26(f), as amended, on or before **April 3, 2007**. Pursuant to Fed.R.Civ.P. 26(d), as amended, no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the district judge in this case.

**Court in recess:** **9:59 a.m. (Hearing concluded)**
**Total time in Court:** 0:04