**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02013-REB-MEH

JET TECHNOLOGY SOLUTIONS, LLC,

    Plaintiffs,

v.

JEFF STEINBERG, and
SYSTEM3,

    Defendants.

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

**Blackburn, J.**

The matter before me is plaintiff's **Motion for Entry of Default Judgment and Discharge of Order To Show Cause** [#17], filed January 24, 2008. I grant the motion for default judgment.[1]

I have jurisdiction over this case pursuant to 28 U.S.C. § 1332 (diversity of citizenship). Plaintiff duly served the corporate defendant, System 3, in accordance with Fed.R.Civ.P. 4(h)(1), and the individual defendant, Jeff Steinberg, as required by Fed.R.Civ.P. 4(e)(1). (*See* Dkt. #10 & #11, filed March 16, 2007.) Defendants have failed to answer or otherwise respond within the time permitted by law, and thus have admitted the factual allegations of the complaint other than those relating to damages. *See* **FED.R.CIV.P**. 8(d); *see also Burlington Northern Railroad Co. v. Huddleston*,

---

[1] That portion of the motion seeking to discharge the magistrate judge's Order To Show Cause [#16], filed January 14, 2008, is now moot. (**See Minute Order** [#20], filed January 28, 2008.)

94 F.3d 1413, 1415 (10th Cir. 1996).  Entry of default pursuant to Fed.R.Civ.P. 55(a) was made by the clerk on April 19, 2007 [#14].  Plaintiff is entitled to default judgment against these defendants under Fed.R.Civ.P. 55(b).

Plaintiff sues for amounts recoverable on work orders executed pursuant to a Master Services Agreement between itself and System 3.  The agreement provides that the amounts invoiced bear interest at the rate of 1.5 percent per month if not paid within 45 days of the date services were rendered.  Plaintiff provided $172,280.00 worth of services to System 3, as reflected in the invoices attached to its motion.  Interest due on this liquidated amount through April 25, 2007, totals an additional $129,069.67.  The amount of plaintiff's damages and interest is fully supported by the evidence it has submitted.  The complaint alleges further that defendant Steinberg is the alter ego of System 3.  Accordingly, defendant Steinberg is liable also for damages on the agreement.  **See Harding v. Lucero**, 721 P.2d 695, 698 (Colo. App. 1986).  Thus, I find and conclude that plaintiff is entitled to the damages set forth in its motion for default judgment.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion for Entry of Default Judgment and Discharge of Order To Show Cause** [#17], filed January 24, 2008, is **GRANTED** insofar as it seeks entry of default judgment against defendants;

2. That default judgment in the amount of $301,349.67 **SHALL ENTER** for plaintiff, Jet Technology Solutions, LLC, against defendants, Jeff Steinberg and System,  jointly and severally, on plaintiff's cause of action for damages under the

Master Service Agreement between plaintiff and System 3;

3. That pursuant to 28 U.S.C. § 1961(a), plaintiff is **AWARDED** post-judgment interest on the principal amount of the judgment from the date of entry of judgment until the judgment is paid in full; and

4. That the plaintiff is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR. 54.1.

Dated January 28, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States Magistrate Judge**